1044

THE CITY OF VANCOUVER, *Respondent,* v. TED J. PYLE, ET AL.,
*Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-01539-1, Robert L. Harris, J., entered March 24, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
KAUZLARICH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-8-00197-2, Thomas Felnagle, J., entered April 4, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH W. FAVAZZA,
*Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01399-7, M. Karlynn Haberly, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

THE STATE OF WASHINGTON *on behalf of* ANASTASIA N. WEIMER,
*Appellant,* v. ORTWIN K. WEIMER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03397-2, D. Gary Steiner, J., entered April 7, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.